Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Tanesha Hale

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA HALE,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:25-cv-02106-CKD<br><br>STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920; DECLARATION OF Brian C. Shapiro |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Tanesha Hale ("Hale") be awarded attorney fees and expenses in the amount of FOUR THOUSAND TWO HUNDRED FIFTY dollars ($4,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on

behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Hale, the government will consider the matter of Hale's assignment of EAJA fees to Brian C. Shapiro.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Hale, but if the Department of the Treasury determines that Hale does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Hale.[1]  Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Hale's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Hale and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: December 5, 2025          Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                    /s/ *Brian C. Shapiro*[2]
                 BY: _____
                               Brian C. Shapiro
                               Attorney for plaintiff Tanesha Hale


DATED: December 5, 2025          MICHELE BECKWITH
                                      Acting United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration


                                           /s/ *David Priddy*

                                    _____
                                    DAVID PRIDDY
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    FRANK BISIGNANO, Commissioner of Social
                                    Security (Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Accordingly, IT IS ORDERED THAT:

1. The parties' stipulation (ECF No. 17) is GRANTED; and

2. Tanesha Hale is awarded attorney fees and expenses in the amount of FOUR THOUSAND TWO HUNDRED FIFTY dollars ($4,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920 pursuant to the terms of the stipulation.

Dated:  December 9, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

## DECLARATION OF BRIAN C. SHAPIRO

I, Brian C. Shapiro, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court in this case. I represent Tanesha Hale in this action. I make this declaration of my own knowledge and belief.

2. I attach as exhibit 1 a true and correct copy of the itemization of time in this matter.

3. I attach as exhibit 2 a true and correct copy of the retainer agreement with Tanesha Hale containing an assignment of the EAJA fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this December 5, 2025, at Santa Fe Springs, California.

/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of December 5, 2025, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Tanesha Hale
4545 10th Ave.
Sacramento, CA 95820

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Brian C. Shapiro                 /S/ Brian C. Shapiro
TYPE OR PRINT NAME               SIGNATURE